473 A.2d 695

Commonwealth v. Novak, Appellant.

640

Submitted November 8, 1983. Joseph Edward Vogrin, III, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order affirmed.